able from the case at bar. In that case, this court held that a complaint for deceptive practice naming the victim as "Sully House Fine Furniture" was defective for failure to allege its corporate existence. However, in *Tenen,* there was no testimony at trial to establish that "Sully House Fine Furniture" was in fact a corporation.

■■ Defendant, in his second contention before this court, argues that he was not proved guilty beyond a reasonable doubt. The testimony of Miss Sivens was positive, and the record reveals that she was sure of her identification of defendant as the person who presented the check to her. Since the testimony of one witness is sufficient to support a conviction, if it is positive and the witness is credible (*People v. Bracey,* 129 Ill. App.2d 57, 262 N.E.2d 748), we find that the evidence before the trial court was sufficient to prove defendant guilty beyond a reasonable doubt.

For the reasons stated, the judgment of the circuit court is affirmed.

Judgment affirmed.

McGLOON, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEFFREY W. KING, Defendant-Appellant.

(No. 57462;

First District—November 22, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Jeffrey W. King, *pro se.*

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

CLIFFORD PETERSON TOOL COMPANY *et al.,* Plaintiffs-Appellants, *v.* SAM SUSSMAN *et al.,* Defendants-Appellees.

(No. 56179;

First District—November 27, 1972.

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

John Powers Crowley, Michael B. Nash, and Gordon B. Nash, Jr., all of Chicago, (Crowley & Nash, of counsel,) for appellants.

D. J. Varraveto and Robert P. Brandenburg, both of Chicago, (Varraveto and Brandenburg, of counsel,) for appellees.